AO 91 (REV.5/85) Criminal Complaint

SAUSA Carrie A. Sawicki , (312) 829-8931

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOSE G. GALVAN

(Name and Address of Defendant)

FILED

JAN 0 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE KEYS

NF

CRIMINAL COMPLAINT

CASE NUMBER: 07CR0002

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 12/28/2006 in Cook county, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title 18 United States Code, Section(s) 1073.

I further state that I am a(n) FBI Special Agent (Official Title) and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**PABLO ARAYA**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

January 4, 2007 at Chicago, Illinois
Date City and State

ARLANDER KEYS United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

AFFIDAVIT

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for nearly twelve years. I am the FBI Chicago Office Fugitive Coordinator, and as such am very familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Detective Sgt. Sean Gleason, of the Cook County Sheriff's Police Department (CCSPD), unless otherwise indicated.

2. On December 25, 2006, the body of Juana Ornelas was discovered by a dog walker in the Shallow Cliff Forest Preserve, in Palos Park, Illinois. Subsequent investigation by the CCSPD revealed that Ornelas was strangled to death. Investigation further revealed that Ornelas and her boyfriend, JOSE G. GALVAN, had argued at a party several hours before her body was discovered. Based on their subsequent investigation, the CCSPD obtained an arrest warrant from the Circuit Court of Cook County on December 28, 2006, charging GALVAN with First Degree Murder. A copy of the arrest warrant is attached hereto.

3. Investigation conducted by CCSPD revealed that after the murder, GALVAN drove to his residence in Chicago, and confessed to his roommate, Reynaldo Flores, that he had killed just Ornelas.

4. Flores then agreed to drive GALVAN to Midway International Airport, located in Chicago, Illinois.

5. On December 25, 2006, at approximately 5:00 am, Flores and another friend, Renae Abbott, drove GALVAN to Midway Airport. Airport officials have confirmed that GALVAN attempted to purchase a one-way ticket to Guadalajara, Mexico for immediate departure, but was informed that there were no seats available. GALVAN then purchased a one-way ticket to Cancun, Mexico aboard ATA Airlines, Flight #4072. Midway Airport officials confirmed through ticket information and video surveillance that GALVAN boarded ATA Flight #4072 at approximately 8:30 am, December 25, 2006.

6. It has been determined through further investigation, that GALVAN is a native of Guadalajara, Mexico.

7. Based upon the information contained in this affidavit, I believe JOSE G. GALVAN fled the State of Illinois to avoid prosecution for murder.

8. The Cook County State's Attorney's Office has agreed to extradite GALVAN when he is apprehended.

PABLO ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 4th day of January, 2007

ARLANDER KEYS
United States Magistrate Judge

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
VS
JOSE G GALVAN

CASE NO. 06501361301 W001
WARRANT TYPE ( ARR )

## ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings,

We command you to arrest (Defendant) JOSE G GALVAN for the offense of
(Description) FIRST DEGREE MURDER
(Chapter) 720 (Section) 5/9-1-A-1
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook County at (Location) BRIDGEVIEW COURTHOUSE (Room 103)
10220 S. 76TH AVE
BRIDGEVIEW, IL 60453
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS

Issued in Cook County 12/28/2006
Bail fixed at $ -- NO BAIL --

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

(Geographic Limitations)

Judge DANIEL G. WELTER Code 0232

Prosecutor

Judge DANIEL G. WELTER Code 0232

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 12/28/2006

Clerk of the Circuit Court D Brown By Deputy Clerk M Consentino

Name JOSE G GALVAN
Alias CARLOS GALVAN/LUPE JOSE CORTEZ
Residence 2652 S CENTRAL PARK City CHG IL State Zip 60632

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHITE | 5' 9" | 150 lbs | 06/26/1979 | 27 | | | |

IR 000000000 | CB/DCN | FBI 193208XB1 | SID 00001524879 | SSN 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 | BOND NO 00000000

Complainant's Name ASA
Address 10220 S 76TH AVE City BRIDGEVIEW State IL Zip 60455
Arresting Officer Star No 00943
Agency/Unit CC-SHERIFF-PD

Reviewed by: Prosecutor Audited By: Clerk

Prepared by: CONSENTINO, MARLENE Printed: 12/28/2006 11:46:47 System: NCP2.CC00.B051.CONSEM1

CLERK OF THE CIRCUIT COURT OF COOK COUNTY